FILED

AUG 0 8 2018

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| WESTERN ORGANIZATION OF RESOURCE COUNCILS, | CV 18–139–M–DWM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| RYAN ZINKE, et al., | |
| Defendants. | |

Plaintiff Western Organization of Resource Councils moves for the admission of Travis Annatoyn to practice before this Court in this case with Randy Tanner to act as local counsel. Mr. Annatoyn's application appears to be in order.

Accordingly, IT IS ORDERED that the plaintiff's motion to admit Travis Annatoyn *pro hac vice* (Doc. 4) is GRANTED on the condition that Mr. Annatoyn shall do his own work. This means that Mr. Annatoyn must do his own writing; sign his own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

1

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Annatoyn, within fifteen (15) days of the date of this Order, files a notice acknowledging: (1) his admission under the terms set forth above and (2) compliance with Montana Rule of Professional Conduct 8.5, which requires certification of compliance be contemporaneously mailed to the State Bar of Montana.

DATED this 8th day of August, 2018.

Donald W. Molloy, District Judge
United States District Court