**FILED**

NOV 2 8 2018

Clerk, U.S District Court
District Of Montana
Missoula



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, | CV 18–139–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| RYAN ZINKE, et al., | |
| Defendants. | |

Plaintiff Western Organization of Resource Councils having filed a First

Amended Complaint, (*see* Doc. 14),

IT IS ORDERED that Defendants' motion to dismiss (Doc. 12) is DENIED

as MOOT. Defendants may file a renewed motion or Answer on or before

December 17, 2018. A renewed motion, if filed, may contain up to 9,000 words.

DATED this 28ᵗʰ day of November, 2018.

Donald W. Molloy, District Judge
United States District Court