IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN ZINKE, et al.,<br><br>Defendants. | CV 18–139–M–DWM<br><br>ORDER |

Defendants having moved to amend the briefing schedule in this case,

IT IS ORDERED that Defendants' motion (Doc. 19) is GRANTED. The following schedule will govern Plaintiff's pending motion for preliminary injunction and Defendants' to-be filed motion to dismiss:

(1) By **December 17, 2018**, Defendants shall file their renewed motion to dismiss the amended complaint and combined brief in support of their motion to dismiss and in opposition to Plaintiff's motion for a preliminary injunction. The combined brief may not exceed 9,000 words.

(2) By **December 31, 2018**, Plaintiff shall file a combined brief in response to Defendants' motion to dismiss and in reply in support of its motion for preliminary injunction. The combined brief may not exceed 7,500 words.

(3) By **January 9, 2019**, Defendants shall file a reply brief in support of

1

their motion to dismiss. The reply brief may not exceed 3,500 words.

IT IS FURTHER ORDERED that both motions are set for hearing on **January 16, 2019, at 1:30 p.m.** The already scheduled preliminary pretrial conference will immediately follow. Each side will be given thirty (30) minutes of argument.

DATED this 5th day of December, 2018.

/s/ Donald W. Molloy
Donald W. Molloy, District Judge
United States District Court