Randy J. Tanner
BOONE KARLBERG P.C.
201 West Main, Suite 300
P. O. Box 9199
Missoula, MT  59807-9199
Phone:  (406) 543-6646
Fax:      (406) 549-6804
rtanner@boonekarlberg.com

Travis Annatoyn
Democracy Forward Foundation
1333 H. St. NW
Washington, D.C. 20005
Phone:  (202) 601-2483
tannatoyn@democracyforward.org

*Attorneys for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN ZINKE, in his official capacity as Secretary of the Interior, SCOTT ANGELLE, in his official capacity as Director of the Bureau of Safety & Environmental Enforcement, DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, and BRIAN STEED, in his official capacity as Deputy Director of Policy and Programs for the Bureau of Land Management,<br><br>Defendants. | Cause No. CV-18-139-M-DWM<br><br>ERRATA |

Plaintiff Western Organization of Resource Councils hereby notifies the Court that the declaration of Sara Kendall, filed in support of Plaintiff's motion for a preliminary injunction, inadvertently contained testimony with outdated figures of Plaintiff's membership nationwide and in Montana.  See ECF No. 18-1.  Ms. Kendall's declaration was accurate and current in all other respects.  Plaintiff regrets the inconvenience and hereby attaches an updated, accurate, and sworn copy of Ms. Kendall's testimony.

DATED this December 17, 2018.

Respectfully submitted,

/s/ Travis Annatoyn
Travis Annatoyn
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 601-2483
tannatoyn@democracyforward.org

/s/ Randy J. Tanner
Randy J. Tanner
BOONE KARLBERG P.C.

Attorneys for Plaintiff