IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

MICHAEL H. BAER
Trial Attorney (New York Bar No. 5384300)
U.S. Department of Justice,
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Telephone:   (202) 305-8573
Facsimile:   (202) 616-8460
E-mail:        Michael.H.Baer@usdoj.gov

*Counsel for Defendants*

| | |
|---|---|
| **WESTERN ORGANIZATION OF RESOURCE COUNCILS,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**RYAN ZINKE,** *et al.***,**<br><br>**Defendants.** | CV 18-139-M-DWM<br><br>**DEFENDANTS' MOTION TO DISMISS** |

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants move to dismiss the amended complaint, Doc. 14, in the above-captioned action.  The reasons for this motion are set forth in a separate memorandum of points and authorities filed herewith.

Respectfully submitted this 17th day of December, 2018,

                                          JOSEPH H. Hunt
                                          Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Michael H. Baer*
MICHAEL H. BAER
Trial Attorney
U.S. Department of Justice,
Civil Division, Federal Programs Branch

*Counsel for Defendants*