IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN ZINKE, et al.,<br><br>Defendants. | CV 18–139–M–DWM<br><br><br>ORDER |

The parties having jointly moved to vacate discovery deadlines in the case,

IT IS ORDERED that the motion (Doc. 23) is GRANTED in PART. The parties are not required to file a discovery plan or statement of stipulated facts. *See* L.R. 16.2(b)(2), (3). However, on or before **January 9, 2019**, the parties are required to file preliminary pretrial statements, L.R. 16.2(b)(1), and a proposed case management plan containing deadlines for the following pretrial motions and events or shall state that such deadlines are not necessary:

    Certification of Administrative Record
    Motions to Supplement the Administrative Record
    Motions to Amend the Pleadings
    Completion of Discovery
    Motions for Summary Judgment (fully briefed)
    Additional Deadlines Agreed to by the Parties

"Fully briefed" means that the motion, the brief in support of the motion, and the

opposing party's response brief are filed with the Court by the deadline.

DATED this 18th day of December, 2018.

/s/ Donald W. Molloy
Donald W. Molloy, District Judge
United States District Court