FILED

DEC 26 2018

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN ZINKE, et al.,<br><br>Defendants. | CV 18–139–M–DWM<br><br><br>ORDER |

Defendants having moved to stay this matter in light of the lapse of appropriations for both the Department of Justice and the Department of the Interior,

IT IS ORDERED that Defendants' motion (Doc. 27) is GRANTED in PART and DENIED in PART. Defendants' motion is GRANTED to the limited extent that the parties' pretrial statements and proposed case management plan are now due on or before **January 14, 2019**. Defendants' motion is DENIED in all

1

other respects.[1] Given the pending motion for preliminary injunction, argument remains set for January 16, 2019. Defendants may file a renewed motion to stay on January 10, 2019 (not before) if appropriate.

DATED this 26th day of December, 2018.

Donald W. Molloy, District Judge
United States District Court

---

[1] Because reply briefs are optional, both pending motions will be fully-briefed and ripe for ruling with no further briefing by the government. *See* L.R. 7.1(d)(1)(C).