IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, | CV 18–139–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| DAVID BERNHARDT,[1] et al., | |
| Defendants. | |

Defendants having moved for a second time to stay this matter in light of the lapse of appropriations for both the Department of Justice and the Department of the Interior,

IT IS ORDERED that Defendants' motion (Doc. 34) is DENIED.  *See Kornitzky Grp., LLC v. Elwell*, ___ F.3d ____, 2019 WL 138710, at *1 (D.C. Cir. Jan. 9, 2019).

DATED this 11th day of January, 2019.

Donald W. Molloy, District Judge
United States District Court

---

[1]  *See* Fed. R. Civ. P. 25(d).