IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WESTERN ORGANIZATION OF RESOURCE COUNCILS, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID BERNHARDT, et al., <br><br> Defendants. | CV 18-139-M-DWM <br><br> JUDGMENT |

This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED, consistent with the Court's Opinion and Order (Doc. 59), that Plaintiff Western Organization of Resource Councils' Motion for Summary Judgment is granted as to Count 1. Further use of or reliance on the Royalty Committee's recommendations is ENJOINED. Defendant's cross-motion is granted as to Count 2. The above entitled case is now closed.

Dated this 13th day of August, 2019.

TYLER P. GILMAN, CLERK

By: /s/ N. Stephens
N. Stephens, Deputy Clerk